IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 1 3 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

LYDIA I. CALDWELL,                    )
                                      )
        Plaintiff,                    )        Civil Action No. 7:17CV00375
v.                                    )
                                      )        **ORDER**
NANCY A. BERRYHILL, Acting            )
Commissioner of Social Security,      )        By: Hon. Glen E. Conrad
                                      )        Senior United States District Judge
        Defendant.                    )

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that summary judgment is entered for the defendant.

The Clerk is directed to send certified copies of this order and the accompanying opinion

to all counsel of record.

ENTER: This 13th day of June, 2018.

_____
Senior United States District Judge